IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CONNIE REGULI )
)
v. ) NO. 3:08-0774
) JUDGE CAMPBELL
SHARON GUFFEE, et al. )

ORDER

Pending before the Court are Defendant LaBo's Motion for Summary Judgment (Docket No. 29) and Defendants Guffee, Martin, Bennett, Rounsavall, Coffey, Zollicoffer, Casillas and Williamson County's Motion to Dismiss or for Judgment on the Pleadings (Docket No. 32).

For the reasons stated in the accompanying Memorandum, Defendant LaBo's Motion for Summary Judgment (Docket No. 29) is GRANTED, and Defendants Guffee, Martin, Bennett, Rounsavall, Coffey, Zollicoffer, Casillas and Williamson County's Motion to Dismiss or for Judgment on the Pleadings (Docket No. 32) is also GRANTED.

Accordingly, all federal claims against Defendants LaBo, Guffee, Martin, Bennett, Rounsavall, Coffey, Zollicoffer, Casillas and Williamson County are DISMISSED with prejudice. All state law claims against these Defendants are DISMISSED without prejudice.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE