IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONNIE REGULI | ) |
| | ) |
| v. | ) NO. 3:08-0774 |
| | ) JUDGE CAMPBELL |
| SHARON GUFFEE, et al. | ) |

ORDER

Pending before the Court is a Motion to Dismiss Amended Complaint Against Department of Children's Services Defendants and Challenges to State Statute (Docket No. 40), filed by Defendants Schneider and Spann.

For the reasons stated in the accompanying Memorandum, Defendants' Motion to Dismiss (Docket No. 40) is GRANTED, and Plaintiff's claims against Defendants Schneider and Spann are DISMISSED.

All claims against all Defendants in this action having been dismissed, the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE